

FILED

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0513

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0513

_____

DONNIE LEE STANDLEY,

    Petitioner and Appellant,

v.

                               O R D E R

STATE OF MONTANA,

    Respondent and Appellee.

_____

FILED

NOV 1 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

      Donnie Lee Standley has filed a "Motion for [Court's Decision] – Evidence" that we deem a motion to supplement the record in his appeal. The State of Montana has not filed a response.

      Standley appeals an August 1, 2024 Order denying his notice of intent to amend post-conviction, issued in the Sixth Judicial District Court, Sweet Grass County. According to our records, Standley had a prior appeal of a postconviction decision in 2020. *Standley v. State*, No, DA 20-0585, 2023 MT 28N, 2023 Mont. LEXIS 165 (Feb. 14, 2023). This Court affirmed the District Court. *Standley*, ¶¶ 2, 32.

      In his motion, Standley states that he "intends to [supply] this Court with new evidence in electronic form[.]" He provides that this evidence will support his claims that the State doctored transcripts and tampered with witnesses prior to trial. Standley adds that when he was transferred from the Montana State Prison to the Crossroads Correctional Center, the prison officials "confiscated this evidence and destroyed it . . . ." He offers to mail the transcripts and electronic proceedings.

      Standley does not need to send any other evidence or electronic information to this Court. The Montana Rules of Appellate Procedure define the record for appellate review. "The original papers and exhibits filed in the district court, the transcript of proceedings, if any, and a certified copy of the docket entries prepared by the clerk of the district court shall constitute the record on appeal in all cases." M. R. App. P. 8(1). This Court received

the record on September 24, 2024, from the District Court.  Standley cannot "supplement" the record with "electronic evidence" that was not part of the District Court record.  We conclude that the record does not need to be supplemented.  Therefore,

IT IS ORDERED that Standley's "Motion for [Court's Decision] – Evidence," deemed a Motion to Supplement, is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Donnie Lee Standley personally.

DATED this 12 day of November, 2024.

For the Court,

By _____
Chief Justice